UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          Chapter 7

J.P.R. MECHANICAL INC.                                          Case No. 19-23480 (RDD)
d/b/a JPR MECHANICAL, et al.,                                   (Jointly Administered)

        Debtors.
-------------------------------------------------------------x
MARIANNE T. O'TOOLE, solely in her capacity as                  Adv. Pro. No.: 21-07053 (RDD)
Chapter 7 Trustee of the Estate of J.P.R. Mechanical
Inc. d/b/a JPR Mechanical,

        Plaintiff,

-against-

GIL-BAR INDUSTRIES INC., a/k/a GILBAR
INDUSTRIES INC.,

        Defendant.
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            )ss:
COUNTY OF NASSAU   )

      DENISE BISAGNI, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

      On August 11, 2021, deponent served **ECF No. 2**, SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and **ECF No. 1**, COMPLAINT by First Class Mail upon the attorneys/parties at the addresses listed below, said addresses designated for that purpose, by depositing true copies of same enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

| To: | Gil-Bar Industries Inc. a/k/a Gilbar Industries Inc.<br>5 W 19th Street, Fl. 7<br>New York, NY 10011<br>Attn.: Chris Bisaccia, Partner, or other Officer or of Process | Agent Authorized to Accept Service |
|---|---|---|
| CC: | Rosen & Associates, P.C.<br>Attn.: Sanford P. Rosen, Esq.<br>747 Third Avenue<br>New York, NY 10017 | |

                                                *s/ Denise Bisagni*
                                                Denise Bisagni

Sworn to before me this 12th day of August 2021

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2021